FRANK STANLEY *v.* MICHAEL MARTONE ET AL.
(13961)

O'Connell, Heiman and Spear, Js.

Argued December 4, 1995—decision released January 9, 1996

*Kenneth J. Mastroni,* for the appellant (plaintiff).

*John W. Mills,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.